UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAMELA D. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:15-cv-01952-JMS-MJD ) |
| CARRIER CORPORATION, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by way of her Complaint.

Date: 9/13/2017

*[signature]*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: ___*[signature]*___

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**